```
SABRINA LYNETTE DIXON         SYNCHRONY
311 TRUVILLION TRAIL NE       ATTN: BANKRUPTCY
BROOKHAVEN, MS 39601          PO BOX 965065
                              ORLANDO, FL 32896


THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

ALLY CREDIT CARD
PO BOX 9222
OLD BETHPAGE, NY 11804


CITIZENS ONE
ATTN: BANKRUPTCY
ONE CITIZENS PLAZA
PROVIDENCE, RI 02903

CONTINENTAL FINANCE CO
ATTN: BANKRUPTCY
4550 LINDEN HILL RD
STE 4
WILMINGTON, DE 19808

CREDENCE
4222 TRINITY MILLS
STE 260
DALLAS, TX 75287


CREDIT ONE BANK
ATTN: BANKRUPTCY DEPT
6801 CIMARRON RD
LAS VEGAS, NV 89113


MISSION LANE LLC
ATTN: BANKRUPTCY
PO BOX 105286
ATLANTA, GA 30348


PREFERRED CREDIT INC
628 ROOSEVELT
ST CLOUD, MN 56301
```